

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-0492-CR
_____

SOPHIA DELACRUZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2012-433974, Honorable Bradley S. Underwood, Presiding

April 18, 2013

ON MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Sophia DeLaCruz, filed Notice of Appeal of a judgment convicting her of the offense of assault on a public servant, and plea bargained sentence of ten years confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant's counsel filed a Motion to Dismiss Appeal on April 8, 2013.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.